No. 97–8771. STRAHAN v. COXE, SECRETARY OF MASSACHU-
SETTS EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS, ET AL.
C. A. 1st Cir. Certiorari denied.

No. 97–8774. LISLE v. NEVADA. Sup. Ct. Nev. Certiorari de-
nied.

No. 97–8776. MASSIE v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 97–8805. HAYNES v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 97–8828. BUNNER v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 97–8830. DAMARLANE v. UNITED STATES. C. A. Fed. Cir.
Certiorari denied.

No. 97–8853. WILLIAMS v. NEVADA. Sup. Ct. Nev. Certio-
rari denied.

No. 97–8871. GRIFFIN v. PENROD, SHERIFF, SAN BERNARDINO
COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 97–8880. HENLEY v. TENNESSEE. Sup. Ct. Tenn. Cer-
tiorari denied.

No. 97–8884. PARKS v. ANDERSEN ET AL. C. A. 11th Cir.
Certiorari denied.

No. 97–8887. SOBASZKIEWICZ v. CALIFORNIA. Ct. App. Cal.,
3d App. Dist. Certiorari denied.

No. 97–8888. GREEN v. VACCO, ATTORNEY GENERAL OF NEW
YORK. C. A. 2d Cir. Certiorari denied.

No. 97–8889. DANIEL v. UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied.

No. 97–8895. DAVIS v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th
Cir. Certiorari denied.

No. 97–8896. GAMBINO v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.